FRANK N. DARRAS #128904
SHERNOFF BIDART & DARRAS, LLP
3257 East Guasti Road, Suite 300
Ontario, CA 91761
Telephone: (909) 390-3770
Facsimile: (909) 974-2121
Attorneys for Plaintiff, THOMAS STAFFELD
Email: fdarras@sbd-law.com

STANLEY A. CALVERT #152981
WILSON, ELSER, MOSKOWITZ,
EDELMAN & DICKER LLP
402 West Broadway, Suite 1500
San Diego, CA 92101
Telephone: (619) 321-6200
Facsimile: (619) 321-6201
Attorneys for Defendant, THE PRUDENTIAL INSURANCE COMPANY OF AMERICA
Email: stanley.calvert@wilsonelser.com

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THOMAS STAFFELD,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>THE PRUDENTIAL INSURANCE COMPANY OF AMERICA; LEAP WIRELESS INTERNATIONAL DISABILITY PLAN #502<br><br>　　　　Defendants. | Case No.: 05CV-2298 BTM (WMc)<br><br>JOINT MOTION RE: FURTHER CONTINUANCE OF FINAL PRE-TRIAL CONFERENCE AND MANDATORY SETTLEMENT CONFERENCE; [PROPOSED] ORDER |

TO THE HONORABLE COURT AND TO ALL PARTIES HEREIN AND THEIR ATTORNEYS OF RECORD:

Counsel for Plaintiff THOMAS STAFFELD (hereinafter "STAFFELD") and counsel for THE PRUDENTIAL INSURANCE COMPANY OF AMERICA (hereinafter

1  "PRUDENTIAL") hereby request a continuance of the Final Pre-Trial Conference thirty
2  (30) days to allow the court an opportunity to issue a ruling on Defendant's Motion for
3  Summary Judgment.
4      Therefore, Plaintiff and Defendant, by and through their respective counsel of
5  record, hereby stipulate and respectfully request that the Final Pre-Trial Conference in
6  this matter each be continued.  If the Court approves the parties' Joint Motion Re:
7  Continuance, the parties propose the following date (or date thereafter as may be
8  convenient for the Court):
9      Final Pre-Trial Conference:            April 18, 2007
10     Mandatory Settlement Conference:       April 18, 2007
11     Good cause exists to grant the parties' request for a continuance based on the
12 following grounds:
13     1.    The above captioned action was on December 16, 2005.  This ERISA
14 action arises out of the discontinuation of Plaintiff's claim for long-term disability benefits
15 under a group plan insured by Defendant.
16     2.    On January 18, 2006, Defendant filed an Answer to the Complaint.
17     3.    On March 20, 2006, counsel for the parties conducted an Early Meeting of
18 Counsel pursuant to FRCP § 26(f), and subsequently exchanged documents and
19 identified known witnesses.
20     4.    On October 11, 2006, Defendant filed its motion for summary judgment.
21 Plaintiff filed an opposition to this motion for summary judgment November 17, 2006.
22 Oral argument on the motion for summary judgment was scheduled for December 1,
23 2006.  The Court, on its own motion, cancelled the oral argument and took the matter
24 under submission.
25     5.    To date the parties have not yet received an order regarding this motion
26 for summary judgment.
27     6.    The Final Pre-Trial Conference and Mandatory Settlement Conference are
28 currently scheduled for March 21, 2007.

1   7. The parties believe a continuation of the Final Pre-Trial Conference and
2   Mandatory Settlement Conference are warranted to allow the court an opportunity to
3   issue a ruling on the motion for summary judgment well in advance of any pre-trial
4   deadlines.
5   8. Rule 16(b) of the Federal Rules of Civil Procedure ("FRCP") gives the
6   Court wide discretion to regulate pre-trial matters and manage its calendar.
7   Furthermore, pursuant to FRCP 16(b), the parties may obtain relief from the Scheduling
8   Order by demonstrating good cause.  As set forth herein, good cause exists for
9   extensions of the Final Pre-Trial Conference and pretrial deadlines currently set in this
10  action, and since the Court has wide discretion in its regulation of pre-trial matters, it
11  has wide discretion to enter an Order pursuant to this Stipulation.
12      For all the stated reasons above, IT IS HEREBY STIPULATED AND AGREED
13  by and between the parties and their respective counsel of record, and it is respectfully
14  requested that the Court permit and enter an Order to continue the Final Pre-Trial
15  / / /
16  / / /
17  / / /
18  / / /
19  / / /
20  / / /
21  / / /
22  / / /
23  / / /
24  / / /
25  / / /
26  / / /
27  / / /
28  / / /

1  Conference and Mandatory Settlement Conference.

3  DATED: March 6, 2007                    SHERNOFF BIDART & DARRAS, LLP

5  ___/s/ Frank N. Darras_____
6  FRANK N. DARRAS
   Attorneys for Plaintiff
7  THOMAS STAFFELD

9  DATED:  March _6_, 2007                 WILSON, ELSER, MOSKOWITZ
                                           EDELMAN & DICKER LLP

12 ___/s/ Stanley A. Calvert_____
   STANLEY A. CALVERT
13 Attorneys for Defendant
   THE PRUDENTIAL INSURANCE
14 COMPANY OF AMERICA

### ORDER

Pursuant to the stipulation of the parties and their respective counsel, IT IS HEREBY ORDERED that the Final Pre-Trial Conference be continued to May 8, 2007 at 4:00pm and the Mandatory Settlement Conference be continued to May 1, 2007 at 2:00pm.

**IT IS SO ORDERED.**

DATED: March 14, 2007

*[signature: Barry Ted Moskowitz]*
HONORABLE BARRY T. MOSKOWITZ
UNITED STATES DISTRICT COURT

JOINT MOTION RE: FURTHER CONTINUANCE OF PRE-TRIAL CONFERENCE AND
MANDATORY SETTLEMENT CONFERENCE; [PROPOSED] ORDER