# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THOMAS STAFFELD,<br><br>　　　　　　　　　　　Plaintiff,<br>　　vs.<br>PRUDENTIAL INSURANCE COMPANY<br>OF AMERICA,<br><br>　　　　　　　　　　　Defendant. | CASE NO. 05cv2298-BTM (WMc)<br><br>ORDER SCHEDULING<br>TELEPHONIC SETTLEMENT<br>DISPOSITION CONFERENCE |

On July 9, 2007, a mandatory settlement conference was held in the above captioned case. All parties and counsel of record participated. No settlement was reached. On July 13, 2007, counsel of record filed a notice of settlement. Therefore, the Court issues the following Order:

　　-A **telephonic** Settlement Disposition Conference will be held , at *August 21, 2007 at 9:00 a.m.* in the chambers of Magistrate Judge William McCurine, Jr. unless a joint motion for dismissal of this case is filed and **a copy of the signed motion is provided to the chambers of Magistrate Judge McCurine, Jr.  prior to that time**.

///
///
///
///
///

1     -Counsel for defendant is instructed to initiate the call by first telephoning opposing counsel

2 and then telephoning the Court at 619-557-6624.

3     IT IS SO ORDERED.

4 DATED: July 19, 2007

5

6                                Hon. William McCurine, Jr.
                                 U.S. Magistrate Judge

7                                United States District Court

8

9 cc: Honorable Barry T. Moskowitz
      U.S. District Judge

10 All Counsel and Parties of Record